UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL TIEDEL,                          )
                        Plaintiff,       )
                                         )        No. 1:16-cv-1089
-v-                                      )
                                         )        Honorable Paul L. Maloney
RELIANCE STANDARD LIFE                   )
INSURANCE COMPANY,                       )
                        Defendant.       )
_____      )

## JUDGMENT

The Court has reversed the denial of long-term disability benefits in this lawsuit brought under the Employee Retirement Income Security Act. All claims and issues have been resolved.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 15, 2020                         /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge